UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Krishna Bhagwandeen *aka* Larry B
and Mahadai Bhagwandeen aka Annie B,

Debtors.

Chapter 11

Case No. 25-40906-ESS
------------------------------------------------------------------x

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

Krishna Bhagwandeen *aka* Larry B and Mahadai Bhagwandeen aka Annie B (the "Debtors") having filed petition for reorganization under chapter 11 of the Bankruptcy Code on February 21, 2025, and the Court having determined that a Case Management Conference will aid in the efficient conduct and proper administration of the case, it is

**ORDERED**, pursuant to 11 U.S.C. § 105(d), that a Case Management Conference will be conducted in person by the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271- C Cadman Plaza East, Brooklyn, New York 11201-1800, on April 17, 2025, at 10:30 a.m., and it is further

**ORDERED**, that the Debtors, or an authorized representative of the Debtors, and counsel for the Debtors, shall be present at this Case Management Conference and shall be prepared to discuss, as applicable, at the Court's direction, the following matters:

1. the nature of the Debtors' business and the reason for the chapter 11 filing;
2. the Debtors' current financial condition, including post-petition operations and revenue;
3. Debtors-in-possession financing;
4. the use of cash collateral;
5. any significant motions which the Debtors anticipates bringing before the

Court including, but not limited to, sale motions;

6. matters relating to the retention of professionals (including any brokers or appraisers);

7. the status of any litigation involving the Debtors;

8. the status of the Debtors's insurance;

9. deadlines for the filing of claims and a plan and disclosure statement;

10. the use of alternative dispute resolution, if appropriate;

11. if this is a single asset real estate case, whether the Debtors intends to file a plan within the time allotted pursuant to § 362(d)(3), or whether the Debtors intends to commence adequate protection payments;

12. if this is a small business case, whether the Debtors anticipates being able to satisfy the deadlines provided by § 1121(e);

13. if this is an individual case, all issues unique to individual chapter 11 cases;

14. the scheduling of additional Case Management Conferences; and

15. any other case administrative matters; and it is further

**ORDERED**, that the Debtors shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period; and it is further

**ORDERED**, that unexcused failure to attend any Case Management Conference or to file timely monthly operating reports in compliance with this Order may constitute cause for conversion of this case to chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112; and it

is further

**ORDERED**, that the Clerk of the Court give notice of this Order to the Debtors, their counsel, the United States Trustee and all creditors and parties in interest; and it is further

**ORDERED**, that this conference will be conducted in person. All participants, including attorneys, clients, and pro se parties, may register to appear as follows:

**Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl at least two business days before the scheduled hearing. To register, please provide your name, address, e-mail address, telephone number, and if appropriate, the party that you represent. In the event that you are not able to register online, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov, at least two (2) business days prior to the hearing date.**

Dated: Brooklyn, New York
February 27, 2025

Elizabeth S. Stong
United States Bankruptcy Judge

To:

**Krishna Bhagwandeen**
97-22 108th Street
South Richmond Hill, NY 11419

**Mahadai Bhagwandeen**
97-22 108th Street
South Richmond Hill, NY 11419

**H Bruce Bronson**
Bronson Law Offices PC
480 Mamaroneck Ave.
Harrison, NY 10528

**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408