| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------------------x<br>In re:<br><br>Krishna Bhagwandeen and Mahadai<br>Bhagwandeen<br><br>                            Debtor.<br>---------------------------------------------------------x | Hearing Date: February 12, 2026<br>Hearing Time: 10:30AM<br><br>Case No. 25-40906-ess<br>Chapter 11 |

### NOTICE OF ADJOURNMENT OF CASE CONFERENCE TO FEBRUARY 12, 2026 AT 10:30AM .

**PLEASE TAKE NOTICE** that the Case Conference previously scheduled to be heard on October 31, 2025 at 10:30am has been adjourned with consent of the United States Trustee to **February 12, 2026 at 10:30am.**

**PLEASE TAKE FURTHER NOTICE** that all parties intending to appear must sign up to attend the hearing via ZoomGov using the eCourt Appearances tool by 4pm **two** business days before the scheduled hearing using the link below:

https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl

| | |
|---|---|
| Dated:  Harrison, New York<br>           October 31, 2025 | BRONSON LAW OFFICES, P.C.<br>By:  */s/H. Bruce Bronson*<br>H. Bruce Bronson, Esq.<br>480 Mamaroneck Avenue<br>Harrison, New York 10528<br>Telephone: (914) 269-2530<br>Fax: (888) 908-6906 |