UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

                                               Case No. 25-40906-ess

Krishna Bhagwandeen and Mahadai
Bhagwandeen                             Chapter 11

                                   Debtor.
---------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING PREVIOUSLY SCHEDULED TO BE HELD ON FEBRUARY 12, 2026, TO APRIL 23, 2026, AT 10:30AM

**PLEASE TAKE NOTICE** that the status hearing previously scheduled to be heard on February 12, 2026, at 10:30am, has been adjourned with by the court to **April 23, 2026, at 10:30am.**

**PLEASE TAKE FURTHER NOTICE** that you may appear at the hearing in person, by phone or by videoconference. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at

https://www.nyeb.uscourts.gov/node/2126

| | |
|---|---|
| Dated:  Harrison, New York<br>          February 11, 2026, | BRONSON LAW OFFICES, P.C.<br>By: */s/H. Bruce Bronson*<br>H. Bruce Bronson, Esq.<br>480 Mamaroneck Avenue<br>Harrison, New York 10528<br>Telephone: (877) 385-7793<br>Fax: (888) 908-6906 |