UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

                                     Case No. 25-40906-ess

Krishna Bhagwandeen and Mahadai
Bhagwandeen                          Chapter 11

                  Debtor.
---------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING PREVIOUSLY SCHEDULED TO BE HELD ON APRIL 23, 2026 TO MAY 6 AT 10:30AM

**PLEASE TAKE NOTICE** that the status hearing previously scheduled to be heard on

April 23, 2026, at 10:30am, has been adjourned with by the court to **May 6, 2026, at 10:30am.**

**PLEASE TAKE FURTHER NOTICE** that you may appear at the hearing in person, by

phone or by videoconference. Those intending to appear at the hearing must register with eCourt

Appearances no later than two days prior to the hearing. The phone number or video link for the

hearing will be emailed only to those that register with eCourt Appearances in advance of the

hearing. Instructions for registering with eCourt Appearances can be found at

https://www.nyeb.uscourts.gov/node/2126

      Dated:  Harrison, New York               BRONSON LAW OFFICES, P.C.
           April 10, 2026,                     By:  */s/H. Bruce Bronson*
                                          H. Bruce Bronson, Esq.
                                          480 Mamaroneck Avenue
                                          Harrison, New York 10528
                                          Telephone: (877) 385-7793
                                          Fax: (888) 908-6906