UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------x
In re:

Chapter 11

Krishna Bhagwandeen,
and Mahadai Bhagwandeen,

Case No.:25-40906 (ESS)

Debtors.
---------------------------------------------------x

**ORDER APPROVING DEBTORS' DISCLOSURE STATEMENT PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE, FIXING PROCEDURES AND TIME FOR FILING ACCEPTANCES AND REJECTIONS TO THE PLAN, FIXING TIME FOR CONFIRMATION HEARING, AND GRANTING RELATED RELIEF**

Upon the application [ECF Dkt. No. 43] (the "Application") of Krishna Bhagwandeen and Mahadai Bhagwandeen, as debtors and debtors in possession (the "Debtors"), for entry of an order approving the Debtors' disclosure statement (with the exhibits thereto), with non-material changes [ECF Dkt. No. 50] (the "Disclosure Statement") pursuant to section 1125 of the Bankruptcy Code, fixing procedures and time for filing acceptances and rejections to the plan [ECF Dkt. No. 51] (the "Plan"), fixing the time for a confirmation hearing, and granting related relief; and the Court having reviewed the Application and the disclosure statement and plan filed by the Debtors; and the Court having jurisdiction to consider the Application and the relief requested therein; and due and proper notice of the Application having been provided; and all objections having been withdrawn or overruled; and upon the hearing held on August 7, 2026***, at which the Debtor, NewRez LLC, and the Office of the United States Trustee appeared and were heard***; ***and*** after due deliberation and good and sufficient cause appearing therefor, it is hereby

~~**ORDERED,** that the Application is granted to the extent set forth herein; and it is further~~

**ORDERED,** that the Disclosure Statement is approved as containing adequate information within the meaning of section 1125 of the Bankruptcy Code; and it is further

**ORDERED,** that pursuant to 11 U.S.C. §§ 105(d)(vi) and § 1125(f)(3)(A) and (C) and Fed. R. Bankr. P. 3017.1 (a) and 3020, a hearing (the "Hearing") shall be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, at the United States Bankruptcy Court, 271-C Cadman Plaza E, Brooklyn, NY, on October 1, 2026, at 10:30 a.m., or as soon thereafter as counsel may be heard to consider the Debtors' request for confirmation of the Plan pursuant to 11 U.S.C. § 1129; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 1125(f)(3)(B) and Fed. R. Bankr. P. 2017.1(a) on or before August 26, 2026, the Debtors shall cause a copy of (a) this Order and (b) the Disclosure Statement and all exhibits thereto, including the Plan to be served upon all creditors, interest holders and other parties in interest as provided in Bankruptcy Rule 3017(d), together with (c) to all persons and entities entitled to vote to accept or reject the Plan, a ballot conforming to Official Form B 314, with instructions on how to complete and return the ballot; and it is further

**ORDERED,** that September 24, 2026, is fixed as the last date for filing and serving written objections to confirmation of the Plan, which objections if any, shall be filed with the Bankruptcy Court on its Electronic Case Filing System, with a copy delivered to Chambers and Nazar Khodorovsky (nazar.khodorovsky@usdoj.gov), trial attorney with the Office of the U.S. Trustee and counsel for the United States Trustee for Region 2 and served upon Bronson Law Offices, P.C., attorneys for the Debtor, 480 Mamaroneck Ave., Harrison, NY 10528, **so as to be actually received** by such date. Objections filed and served after such date may not be considered; further, the Debtor may file and serve as provided herein a response to any such objections as to be received on or before three days before the Hearing; and it is further; and it is further

**ORDERED,** that to be counted, ballots for acceptance or rejection of the Plan, if any must be completed as set forth in the instructions on the ballot, signed and delivered to the address set forth on the ballot **so as to be actually received** by September 24, 2026, and the Debtor shall cause a certification of the ballots cast on the Plan to be filed and provided the Court's chambers on or before three days before the Hearing; and it is further

**ORDERED,** that the Debtors are authorized to take all actions necessary to effectuate the relief granted herein; and it is further

**ORDERED,** that this Court ~~shall~~ ***may*** retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

**Dated: Brooklyn, New York**
**August 11, 2026**

Elizabeth S. Stong
United States Bankruptcy Judge